# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1726

_____

In re:  Gene E. Dudley, Sr.,                    *
                                                *
            Debtor                              *
                                                *
-----------------------------------             *
                                                *
Gene E. Dudley, Sr.,                            *     Appeal from the United States
                                                *     Bankruptcy Appellate Panel
            Appellant,                          *     for the Eighth Circuit.
                                                *
        v.                                      *          [UNPUBLISHED]
                                                *
Mitchell Powers; Ruby M. Powers;               *
Richard Fink,                                   *
                                                *
            Appellees.                          *

_____

Submitted:  October 17, 2002
    Filed:   October 28, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Texas inmate Gene E. Dudley appeals the Bankruptcy Appellate Panel's (BAP's) order affirming the bankruptcy court's[1] grant of relief from automatic stay, and the court's[2] subsequent denial of Dudley's motion to reconsider.

Dudley argues the BAP lacked jurisdiction to hear his appeal because he never consented to its jurisdiction, but instead requested review by the district court. We conclude the BAP properly exercised jurisdiction, because Dudley failed to request district court review on a separate document at the time he filed the appeal. See 28 U.S.C. § 158(c); Fed. R. Bankr. P. 8001(e). Furthermore, we agree with the BAP, for the reasons noted in its order, this appeal is moot.

Accordingly, we affirm. See 8th Cir. R. 47B. We deny as moot Ruby Powers's motion for misjoinder.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Frank W. Koger, United States Bankruptcy Judge for the Western District of Missouri.

[2]The Honorable Arthur B. Federman, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.

-2-